■ DAY WHOLESALE, INC., et al., Respondents, v STATE OF NEW YORK et al., Appellants. (Appeal No. 2.) [855 NYS2d 925]— Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered December 6, 2007. The order granted the motion of plaintiffs to correct an affidavit pursuant to CPLR 2001.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Hurlbutt, J.P., Smith, Fahey, Green and Pine, JJ.